December 14, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

ALI RASSOULI, Appellant

NO. 14-15-00353-CV                    V.

NATIONAL SIGNS HOLDINGS, LLC, NATIONAL SIGNS, LLC, AND LOUIS GIRARD, Appellees

_____

This cause, an appeal from the judgment confirming the arbitration award, signed December 5, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellees, National Signs Holdings, LLC, National Signs, LLC, and Louis Girard, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.